## BROWN v. DAVIS et al.

No. 7504—Opinion Filed May 23, 1916.
(157 Pac. 925.)

**Appeal and Error—Liability on Bonds—Enforcement—Judgment.**

By virtue of chapter 249, Sess. Laws 1915, where a supersedeas bond has been filed to stay execution on a judgment pending appeal, and the appeal is dismissed, upon proper motion of defendant in error, judgment will be rendered here against the sureties upon such bond.

(Syllabus by Rittenhouse, C.)·

Error from District Court, Grady County; F. B. Swank, Assigned Judge.

Action by John X. Davis, guardian of James Davis and others, against T. W. Brown and others. Judgment for plaintiffs, and defendants bring error. Judgment on supersedeas bond.

J. B. Pope, for plaintiffs in error.

Barefoot & Carmichael, for defendant in error.

Opinion by RITTENHOUSE, C. The plaintiff, John X. Davis, guardian of James Davis, John Henry Davis, and Benjamin Davis, minors, obtained judgment in the sum of $1.828, with interest at 8 per cent. per annum from February 9, 1915, and costs of suit, against T. W. Brown, defendant, in the district court of Grady county, Okla. This proceeding in error was commenced to review such judgment. A supersedeas bond was executed, approved, and filed by T. W. Brown, as principal, and R. H. Sutherland and A. G. Click, as sureties, and execution on such judgment stayed. The cause was dismissed by this court April 26, 1916, for failure to prosecute, and a motion has been made herein for judgment against the sureties on the supersedeas bond.

Under authority of Long v. Lang & Co., 49 Okla. 342, 152 Pac. 1078; Starr v. Haygood, 53 Okla. 358, 156 Pac. 1171, and Oklahoma Fire Ins. Co. v. Kimple, 57 Okla. 398, 157 Pac. 317, the motion must be sustained. Judgment is therefore entered in this court against R. H. Sutherland and A. G. Click, sureties, in the sum of $1.828, with interest at 8 per cent. per annum from February 9, 1915, and for the costs of suit, for which execution may issue out of the trial court.

By the Court: It is so ordered.